**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RANOLFO VENTILLO,

                Plaintiff,                               19 **CIVIL** 3664 (PMH)

      -against-                                            **JUDGMENT**

ROCKLAND COUNTY SHERIFF LOUIS
FALCO III, sued in his official and individual
Capacities, et al.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated December 18, 2020, Defendants' motions for judgment on the pleadings are granted; as there is no federal liability for Defendants and the action has been dismissed, the Court also dismisses Lynch's cross claims against the County Defendants without prejudice; accordingly, this case is closed.

**Dated:** New York, New York
          December 21, 2020

                                                  **RUBY J. KRAJICK**
                                                _____
                                                   Clerk of Court
                                    BY:
                                              _____
                                                     **Deputy Clerk**